|  |  |
|---|---|
| JAMES MC INTYRE, | : UNITED STATES DISTRICT COURT |
|  | :  DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : |
|  | :  Hon. William J. Martini |
| -vs- | :  Civil Action No. 08-5517 (WJM) |
|  | : |
|  | : |
| THE UNITED PARCEL SERVICE, et al., | : ORDER SCHEDULING CONFERENCE |
|  | : |
| Defendant(s). | : |

**IT IS** on this 31st day of March, 2009

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Wednesday, July 1, 2009** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. All parties with settlement authority are required to attend the conference. Failure to do so will result in the imposition of sanctions, including possible dismissal of a party's pleadings.

    /s/ Mark Falk
**MARK FALK**
**United States Magistrate Judge**

Orig.: Clerk of the Court
cc: Hon. William J. Martini, U.S.D.J.
     All Parties
     File